[No. 33964-8-I.    Division One.    November 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN C. WOLF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-04680-1, James A. Noe, J., entered January 3, 1993. *Reversed* by unpublished per curiam opinion.

[Nos. 35360-8-I; 37363-3-I.    Division One.    November 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS CARROLL, *Appellant*.

*In the Matter of the Personal Restraint of* THOMAS L. CARROLL, *Petitioner*.

Appeals from a judgment of the Superior Court for King County, No. 94-1-01093-6, Harriet M. Cody, J., entered October 1, 1994, together with a petition for relief from personal restraint. Judgment is *reversed* and petition is *dismissed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Grosse, J.

[No. 36702-1-I.    Division One.    November 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY C. WATERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-08201-1, Mary Wicks Brucker, J., entered May 8, 1995. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Grosse, J.

[No. 36766-8-I.    Division One.    November 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCIA LORRAINE McCREIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-03643-9, William L. Downing, J., entered May 30, 1995. *Dismissed* by unpublished per curiam opinion.